UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>   Plaintiff,<br><br>   v.<br><br>A. ROBLES, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-01406-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION FOR SERVE ON DEFENDANT J. GARCIA<br><br>(ECF No. 18) |

Plaintiff Devonte B. Harris is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 8, 2021, the Court found that service of Plaintiff's first amended complaint was appropriate as to Defendants J. Garcia and A. Robles for violation of Plaintiff's limited right to bodily injury, and serve was directed pursuant to the Court's E-Service pilot program for civil rights cases in the Eastern District of California. (ECF No. 14.)

On October 18, 2021, the California Department of Corrections and Rehabilitation returned a notice of intent to not waive personal service on Defendant J. Garcia, correctional officer employed at California State Prison, Corcoran on or about November 12, 2015, noting "unable to identify, 8 J. Garcia's at COR, need more information." (ECF No. 18.) Therefore, service of process was forwarded to the United States Marshal. On November 9, 2021, the United States Marshal returned the summons as unexecuted, noting that more information is necessary. (ECF No. 20.) Plaintiff will

1

be granted the opportunity to provide additional information regarding the identity of Defendant J. Garcia employed at California State Prison, Corcoran, prior to the opening of discovery.

Accordingly, it is HEREBY ORDERED that, within **thirty (30) days** from the date of service of this order, Plaintiff shall provide additional information regarding the identity of Defendant J. Garcia, if available, in order to effectuate service of the summons and complaint prior to discovery.

IT IS SO ORDERED.

Dated: **November 10, 2021**

UNITED STATES MAGISTRATE JUDGE