UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ROBLES, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-01406-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 24, 30) |

Plaintiff Devonte B. Harris is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 17, 2021, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on March 3, 2022, before Magistrate Judge Barbara A. McAuliffe, and stayed the case for eighty. (ECF No. 24.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On January 13, 2022, Defendants filed a notice to opt out and vacate the settlement conference. Defendants believe that a conference would be a waste of resources given the investigation. (ECF No. 30.)

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for March 3, 2022, before Magistrate Judge Barbara A. McAuliffe is VACATED;
2. The stay of this case is lifted; and
3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE