# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>            Plaintiff,<br><br>    v.<br><br>A. ROBLES, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-01406-DAD-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT GARCIA<br><br>(ECF No. 32) |

Plaintiff Devonte B. Harris is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Garcia and Robles for violation of Plaintiff's limited right to bodily privacy.

On December 16, 2021, Defendant Robles filed an answer to the complaint.

On January 14, 2022, the Court issued the discovery and scheduling order.

On February 16, 2022, Defendant Garcia filed an answer to the complaint. Inasmuch as Defendant Garcia has now filed an answer to the complaint, the Court's January 14, 2022 discovery and scheduling order is extended and equally applicable to Defendant Garcia.

IT IS SO ORDERED.

Dated:   **February 17, 2022**

UNITED STATES MAGISTRATE JUDGE

1