# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE B. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ROBLES, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-01406-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 39) |

Plaintiff Devonte B. Harris is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed March 25, 2022.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file an exhaustion motion for summary judgment is extended to June 13, 2022. All other provisions of the Court's January 14, 2022, order remain in effect.

IT IS SO ORDERED.

Dated: __March 28, 2022__

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1